### ALEXANDER v. CHAMBERS, ET AL.

(Decided April 5, 1917.  74 South. 1005.)

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

HUGH WALKER, for appellant.  KNOX, ACKER, DIXON & STEW-
ART, for appellee.

PER CURIAM.—Reversed and rendered on original appeal and
affirmed on cross appeal on written agreement of parties.

### BLACK v. BLACK.

(Decided April 17, 1917.  74 South. 1005.)

APPEAL from Jefferson Probate Court.

Heard before Hon. J. P. STILES.

No counsel marked for appellant.  BURGIN & BROWN, for
appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.

### BRIDGEFORTH v. THE STATE.

(Decided December 21, 1916.  74 South. 1005.)

CERTIORARI to Court of Appeals.

OSCEOLA KYLE, for appellant.  W. L. MARTIN, Attorney Gen-
eral, and HARWELL G. DAVIS, Assistant Attorney General, for
the State.

MCCLELLAN, J.—Petition of Robert Bridgeforth, Jr., for cer-
tiorari to Court of Appeals to review and revise the judgment
of said court affirming the appeal of *Bridgeforth v. State*, 15 Ala.
App. 502, 74 South. 402.  Writ denied.